IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., | |
| Plaintiff, | |
| v. | 2:22-CV-242-Z-BR |
| AA CARRIERS, LLC, | |
| Defendant. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**AND**
**ORDER TO MOVE FOR DEFAULT JUDGMENT**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge (ECF No. 8). No objections have been filed. After making an independent review of the pleadings, files, and records, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Plaintiff is therefore **ORDERED** to:

- Seek entry of default by the United States District Clerk; and
- Move for default judgment against Defendant within fifteen days of entry of this Order.

*See* Fed. R. Civ. P. 55(a)–(b); Northern District of Texas Local Rules 55.1 and 55.3.

**SO ORDERED.**

June 16, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE